IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00882-WYD-PAC

RICKY M. PARADAY,

    Plaintiff(s),

v.

THE HARTFORD INSURANCE COMPANY, d/b/a HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY;
THE HARTFORD FINANCIAL SERVICES GROUP, INC.;
CONTINENTAL CASUALTY COMPANY; and
CNA GROUP LIFE ASSURANCE COMPANY,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 12, 2005

    Upon review of the motion and response and the Court finding that the motion is well-founded,

    IT IS HEREBY **ORDERED** that Defendant's Motion for Protective Order re: Plaintiff's First Set of Interrogatories, Request [sic] for Production, and Requests for Admission, filed October 7, 2005, Doc. # 26, is **GRANTED**.  Defendant is not required to answer plaintiff's first written discovery requests.  It is further

    **ORDERED** that plaintiff may renew his written discovery requests in the event that the District Judge decides that plaintiff's claims are not preempted by ERISA.  It is further

    **ORDERED** that defense counsel <u>shall read</u> the Court's electronic filing procedures, which are available on the Court's website, and shall submit proposed orders in accordance therewith, and particularly, shall submit proposed orders in accordance with Section V.L..  *Failure to comply with the Court's electronic filing procedures in the future may result in the imposition of sanctions.*