IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00882-WYD-PAC

RICKY M. PARADAY,

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY, d/b/a HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY;
THE HARTFORD FINANCIAL SERVICES GROUP, INC.;
CONTINENTAL CASUALTY COMPANY; and
CNA GROUP LIFE ASSURANCE COMPANY,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice filed December 7, 2005.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulated Motion for Dismissal with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(a), each party to pay its own attorney fees and costs.

    Dated:  December 8, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge